## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL EUGENE MORGAN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-395-PRW |
| | ) | |
| JOHN MASQUELIER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Magistrate Judge Shon Erwin's Report and Recommendation (Dkt. 5), recommending pro se Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) be transferred to the United States District Court for the Northern District of Oklahoma. Judge Erwin advised Petitioner of his right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Petitioner has filed no objection to the Report and Recommendation.

This Court has reviewed Magistrate Judge Erwin's Report and Recommendation (Dkt. 6) and agrees with the reasoning and conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. 5) in full and **TRANSFERS** this case to the United States District Court for the Northern District of Oklahoma.

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

1

**IT IS SO ORDERED** this 20th day of May 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE